IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CR3054 |
| ) | |
| ANTONIO O. HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 22. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion for Temporary Release Under Specific Conditions restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

DATED this 14th day of May, 2009.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge