IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3054 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| ANTONIO O. HERNANDEZ JR., | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

In Magistrate Judge Piester's absence, his chambers has referred this matter to me. Based upon information supplied by the Pretrial Services Office and other information, it is apparent that the defendant should not be released. Accordingly,

IT IS ORDERED that the motion for release (filing 27) is denied. My chambers shall provide Judge Piester with a copy of this memorandum and order.

DATED this 9th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge