IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3054 |
| | ) | |
| V. | ) | |
| | ) | |
| ANTONIO O. HERNANDEZ JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion (filing 37) for permission to restrict defendant's motion for release of documents (filing 38) is granted.

(2)   The defendant's motion for release of documents (filing 38) is granted.

DATED this 28th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge