IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3054 |
| | ) | |
| V. | ) | |
| | ) | |
| ANTONIO O. HERNANDEZ JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that a hearing on the plaintiff's motion (filing 58) is scheduled for Tuesday, December 14, 2010, at 12:30 p.m. before the undersigned United States district judge. The defendant shall be present for the hearing.

   DATED this 15th day of November, 2010.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge