IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3054 |
| | ) | |
| V. | ) | |
| | ) | |
| ANTONIO O. HERNANDEZ JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

It appearing that the medical evaluations (filing nos. 67 and 68) have been completed,

IT IS ORDERED that a hearing on the government's motion to reduce the defendant's sentence (filing 58) is set for Friday, October 14, 2011 at 12:30 p.m. before the undersigned. The United States Marshals Service shall obtain the presence of the defendant for such hearing.

DATED this 31st day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge